In the Matter of TOWN OF SENNETT TOWN BOARD et al., Respondents, v RYBACH & RIG PROPERTIES, LLC, et al., Respondents, GREG RIGBY, Appellant, and TOWN OF SENNETT ZONING BOARD OF APPEALS, Respondent. [890 NYS2d 841]—

Present—Centra, J.P., Peradotto, Carni, Pine and Gorski, JJ.

MARGARET ANN SAWICKI, as Voluntary Administrator of the Estate of JOHN JUZDOWSKI, Deceased, Appellant, v TIMOTHY SPAICH, Respondent. [890 NYS2d 887]—

Present—Centra, J.P., Peradotto, Carni, Pine and Gorski, JJ.

LENO W. GEE, Appellant, v M & T BANK et al., Respondents. [890 NYS2d 865]—

Present—Centra, J.P., Peradotto, Carni, Pine and Gorski, JJ.